■ HAZEL M. REED, Respondent, v. WILLIAM W. MILLINGTON et al., Appellants.—*Per Curiam.* This appeal does not lie as of right and permission to appeal has not been sought or granted. (See CPLR 5701, subd. [b], par. 2;

3 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 3014.09.) Appeal dismissed, with $25 costs. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.